**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF GREENE STREET FUNDING TRUST II, *Plaintiff,* | NO: |
| v. | |
| FB REAL ESTATE GROUP LLC, *Defendant.* | |

## COMPLAINT

Plaintiff, U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of Greene Street Funding Trust II, by and through its undersigned counsel, hereby complains against Defendants as follows:

## I.  PARTIES, JURISDICTION AND VENUE

1.      The Plaintiff is U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of Greene Street Funding Trust II ("Plaintiff"), with an address in care of RF Mortgage Services Corporation, 550 W. Adams Street, Suite 950, Chicago, IL 60661.

2.      Defendant, FB Real Estate Group LLC ("FB Real Estate" or "Mortgagor"), is a limited liability company incorporated under the laws of the Commonwealth of Pennsylvania, with a registered address of 273 Montgomery Avenue, Suite 201, Bala Cynwyd, PA 19004 and FB Real Estate has an interest in the Real Property located at 4941 Wayne Avenue, Philadelphia, PA 19144 (the "Property" or the "Mortgaged Premises"). FB Real Estate is the mortgagor and real owner of the real Property hereinafter described.

3.     This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

4.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(a), as the cause of action arose here and the Property that is the subject of this action is situated here.

## II. FACTS

5.     On or about August 24, 2022, in consideration of a loan in the principal amount of $374,500.00, FB Real Estate executed and delivered to RFLF 7, LLC, a note (the "Note").  A true and correct copy of the Note is attached hereto and marked as Exhibit "A" and made a part hereof.

6.     To secure the obligations under the Note, FB Real Estate executed and delivered to RFLF 7, LLC a mortgage dated August 24, 2022, and recorded August 25, 2022, in the Office of the Recorder for Philadelphia County, as Instrument Number 54089348 (the "Mortgage").  A true and correct copy of the Mortgage is attached hereto and marked as Exhibit "B" and made a part hereof.

7.     The Mortgage secures the following real property (the "Mortgaged Premises"): 4941 Wayne Avenue, Philadelphia, PA 19144.  A true and correct copy of the legal description of the Mortgaged Premises is attached hereto and marked as Exhibit "C" and made a part hereof.

8.     The Plaintiff, directly or through an agent, has possession of the Note, which has been duly endorsed. Therefore, the Plaintiff has the right to enforce the Note.

9.      The Plaintiff is the proper party by way of an Assignment of Mortgage (the "Assignment"), dated April 20, 2026, and recorded in the Recorder of Deeds for Philadelphia County on April 28, 2026, as Document ID Number 54545658. A true and correct copy of the Assignment of Mortgage is attached hereto and marked as Exhibit "D."

10.     FB Real Estate is the record and real owner of the Mortgaged Premises.

<u>**COUNT I**</u>
<u>**MORTGAGE FORECLOSURE**</u>
<u>**PLAINTIFF v. FB REAL ESTATE**</u>

11.     The allegations of paragraph 1 through 10 are incorporated herein as though set forth at length.

12.     The Note and the Mortgage are in default because the monthly payments due February 1, 2026, and thereafter have not been paid.  As a result, the entire principal balance and all interest due thereon have become due and payable with late charges, escrow deficit, and all costs of collection including, but not limited to, title search fees and reasonable attorney's fees.

13.     As of July 25, 2026, the following amounts are due on the Mortgage and Note:

| | |
|---|---:|
| Unpaid Principal Balance | $361,913.92 |
| Interest (Good Through July 25, 2026) | $15,456.74 |
| Cumulative Late Charges | $598.72 |
| Title Costs | $320.00 |
| Deferred Principal Balance | $7,238.28 |
| FC Fees | $1,996.55 |
| Default Interest (from 02/12/2026 to 7/25/2026) | $27,203.86 |
| Escrow Reserve Balance | $2,209.13 |
| Other Corporate Advances | $30.00 |
| Lien Release Fee | $250.00 |
| Wire Fee | $10.00 |
| **Total Amount Due** | **$417,227.20** |

*\* Non-Interest Bearing*

The current interest rate is 24.0%.  *Per diem* interest in the amount of $241.28 will accrue on the principal unless there is an interest rate change as set forth in the Note.

14.	Pennsylvania laws Act 6 of 1974 and Act 91 of 1982 are not applicable as this action involves a commercial loan. Notice of default as required by the terms of the Mortgage have been sent to the Defendants.  Copies of the Notices, redacted to remove confidential account information, are attached hereto and marked as Exhibit "E" and made a part hereof.

**WHEREFORE**, the Plaintiff requests judgment against Defendant FB Real Estate under Count I in the sum of **$417,227.20**, together with interest, costs (including additional escrow advances), and additional attorney's fees and costs, and for United States Marshall's foreclosure sale of the Mortgaged Premises.

## COUNT II
## BREACH OF CONTRACT
## PLAINTIFF v. FB REAL ESTATE

15.    Plaintiff incorporates by reference paragraphs 1 through 14 as though set forth at length.

16.    By virtue of the default of FB Real Estate under the subject Mortgage/Note obligation, Plaintiff is entitled to the entry of an *in personam* money judgment against FB Real Estate for the total amounts due and owing set forth herein, **$417,227.20.**

**WHEREFORE**, Plaintiff demands judgment against FB Real Estate Group LLC under Count II in the sum of **$417,227.20** together with interest from January 1, 2026, at the rate set forth in the Note through the date of judgment, and other costs and charges collectible under the Note.

Respectfully submitted,

Date: July 29, 2026

/s/ Stephen M. Hladik

Stephen M. Hladik, Esq., ID No. 66287
Robert W. Williams, Esq., ID No. 315501
298 Wissahickon Avenue
North Wales, PA 19454
(215) 855-9521
shladik@hoflawgroup.com
rwilliams@hoflawgroup.com
*Attorneys for Plaintiff*